IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 2:06cr111-WHA |
| v. | ) [18 USC 641] |
| | ) |
| SHIRLEY SHACKELFORD | ) |
| | ) INFORMATION |

The United States Attorney charges:

## COUNT 1

From on or about October 6, 2004, and continuing through and until on or about December 13, 2004, within the Middle District of Alabama, the defendant,

SHIRLEY SHACKELFORD,

stole and knowingly converted to her use and the use of another, and without authority conveyed and disposed of any thing of value of the United States and any department and agency thereof, to-wit: $17,581.00 in assorted United States currency from the Federal Emergency Management Agency, in violation of Title 18 United States Code, Section 641.

LEURA G. CANARY
UNITED STATES ATTORNEY

Susan R. Redmond
Assistant United States Attorney