| COURTROOM DEPUTY MINUTES | DATE: May 4, 2006 | FTR RECORDING: 9:06-9:15 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | 10:10-10:19 |
| | COURT REPORTER: RISA ENTREKIN | |

☐ ARRAIGNMENT  ☐ CHANGE OF PLEA  √ CONSENT PLEA

☐ RULE 44(c) HEARING  ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*    **DEPUTY CLERK:** WANDA STINSON
**CASE NUMBER:** 2:06CR111-WHA-CSC    **DEFENDANT NAME:** SHIRLEY SHACKELFORD
**AUSA:** SUSAN REDMOND    **DEFENDANT ATTY:** JENNIFER HART
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO
**USPO:** Ron Thureatt

Defendant ____ does __√__ does NOT need and interpreter. Name: _____

---

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

√ **WAIVER OF INDICTMENT** executed and filed.

√ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity

   √ Guilty as to:   √ Count(s) __1__  of the **Felony Information**

          ☐ Count(s) _____    ☐ dismissed on oral motion of USA;

                    ☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. √ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

         ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed ; √ Released on Bond & Conditions of Release for: ☐ Trial on _____; √ Sentencing on _____; √ to be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

         ☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.