AO 455 (Rev. 5/85)    Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

SHIRLEY SHACKELFORD

**WAIVER OF INDICTMENT**

Case Number:  2:06CR-111-WHA

I, SHIRLEY SHACKELFORD, the above named defendant, who is accused

of violation of Title 18, United States Code, Section 641, being advised of the nature of

the charge(s), the proposed information, and of my rights, hereby waive in open court on

_May 4, 2006_ prosecution by indictment and consent that the proceeding may be by
DATE

information rather than by indictment.

_Shirly Shackelford_
Defendant

_Jennifer A. Hart_
Counsel for Defendant

Before_____
       Judicial Officer