# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | |
|---|---|
| DATE COMMENCED: July 19, 2006 | AT: 9:14 a.m. |
| DATE COMPLETED: July 19, 2006 | AT: 10:06 a.m. |
| | (Court Time: 8 min.) |

UNITED STATES OF AMERICA         )
                                 )
vs.                              )    CR. No. 2:06cr111-WHA
                                 )
SHIRLEY SHACKELFORD              )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Kent Brunson for Susan Redmond | Jennifer Hart |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Jeff Lee, USPO |
| Elna Behrman, Courtroom Deputy | Chris Puckett, Law Clerk |

## COURTROOM PROCEEDINGS

(X)     SENTENCING HEARING

| | |
|---|---|
| 9:14 a.m. | Hearing commences. |
| | Defendant is not present in court. |
| | Defendant's counsel states that presentence report states that sentencing is set for 10:00 a.m. |
| 9:16 a.m. | Court states it will give the Defendant the benefit of the doubt and will recess until 10:00 a.m. |
| 10:00 a.m. | Hearing re-commences. |
| | Defendant states she believed the hearing was scheduled for 10:00 a.m. and apologizes for the misunderstanding. |
| | Parties have reviewed the presentence report and have no objections. |
| | Court adopts the factual statements contained in the presentence report. |
| | Court addresses the Defendant. |
| | Court accepts the recommendation of the probation officer for probation. |
| | Sentence is stated. |
| | No objection to statement of sentence. |
| | Sentence is imposed as stated. |
| | Defendant waives her right to appeal. |
| | Defendant is directed to meet with the probation officer before leaving. |
| 10:06 a.m. | Court is adjourned. |